

# THE THIRTEENTH COURT OF APPEALS

13-23-00122-CV

Isaac Sagredo
v.
Johnathan Ball

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Court Cause No. C-3976-20-H

## JUDGMENT

This Court's judgment issued on February 8, 2024, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 18, 2024